UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: 5:24-cv-02055-DOC-MAA                                    Date: February 11, 2025

Title:     _Chris M. Cone v. Corcoran State Prison Warden_

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**    **Second Order to Show Cause re: Apparent Defects in Petition**

Sometime on or around September 4, 2024, Petitioner Chris M. Cone ("Petitioner"), acting _pro se_, constructively filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] ("Petition," ECF No. 1.)  The Petition was mailed to the United States District Court for the Northern District of California, which filed the Petition under case number 3:24-cv-06570-LB (PR). The case was transferred to this Court on September 24, 2024.  (ECF No. 5.)  On September 30, 2024, the Court granted Petitioner's Request for Leave to Proceed _in Forma Pauperis_ (ECF No. 2). (ECF No. 8.)

On December 5, 2024, the Court issued an order directing Petitioner to show cause why the Petition should not be dismissed as untimely and for failure to exhaust state court remedies ("Order to Show Cause").  (OSC, ECF No. 14.)  Since that date, Petitioner has filed seven separate documents:  five on December 19, 2024 (ECF Nos. 15–19[2]) and two on January 3, 2025 (ECF Nos. 25, 27).  The Court has reviewed all seven of these documents and will treat them, collectively, as Petitioner's response to the Order to Show Cause.  However, nothing in any of these documents provides the information needed by the Court to evaluate Petitioner's claims.

---

[1] Petitioner dated the Petition next to his signature as having been signed on September 4, 2024. (Pet. 6.)  However, the envelope in which the Petition was mailed to the Court was postmarked _before_ the signature date, on September 3, 2024.  (ECF No. 1-1 at 1.)  There is also a handwritten date of August 31, 2024 on the back of that envelope.  (_Id._ at 2.)

[2] These five documents appear to have been sent in the same envelope.  Court staff docketed them as five separate documents, probably because there appear to be five different caption pages, but it is also possible that Petitioner intended them to constitute just one document.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:24-cv-02055-DOC-MAA								Date:  February 11, 2025

Title:  *Chris M. Cone v. Corcoran State Prison Warden*

     Petitioner repeatedly provides the names and telephone numbers of various attorneys and paralegals who may have represented him or assisted him at some point in the past (*see, e.g.*, ECF No. 15 at 2; ECF No. 16 at 1–2, 5–6; ECF No. 18 at 1–2; ECF No. 27 at 2), and states that he "needs the Court to contact" one or more of these attorneys to obtain more information about his previous court cases (ECF No. 16 at 1).  The Court cannot conduct its own investigation—Petitioner must provide the Court with his information.  He states, for example, that he "can provide evidence [he] filed a withdraw plea form via public defender office" and that he filed multiple appeals.  (ECF No. 15 at 4.)  If he has such evidence, he needs to provide it to the Court.  He should provide copies of the relevant documents and the case numbers and filing dates of any relevant cases.

     Petitioner has not yet provided information sufficient to show cause why his Petition should not be dismissed as untimely and for failure to exhaust state court remedies.  The Court will allow him one more opportunity to provide the information he claims is available.  He must provide the information requested in the Court's Order to Show Cause, a copy of which the Clerk is directed to attach here, by **March 13, 2025**.  To the extent Petitioner contends that he attempted to exhaust his state court remedies, to withdraw his guilty plea in state court, or to obtain relief from his failure to file a timely appeal of his state court conviction, then he should provide copies of the relevant state court documents and a list of case numbers for any cases filed in a California Court of Appeal or the California Supreme Court.

     **Petitioner is cautioned that failure to respond to this Order may result in dismissal of the Petition without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).**  *See* **C.D. Cal. L.R. 41-1.**

     It is so ordered.

Attachment
Order to Show Cause (ECF No. 14)