JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS M. CONE,<br><br>               Petitioner,<br><br>    v.<br><br>CORCORAN STATE PRISON WARDEN,<br><br>               Respondent. | Case No. 5:24-cv-02055-DOC-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 16, 2025

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE